UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION |
| | ) AFTER HEARING (18 U.S.C. §3148(b)) |
| v. | ) |
| | ) (Allegations of Violation of Pretrial |
| JERMALD COOPER, | ) Conditions of Release) |
| | ) |
| Defendant. | ) |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release, and a warrant for arrest,

B.

The court finds:

(1)   (A)   ( )   Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release;

      (B)   (X)   By clear and convincing evidence that the defendant has violated any other condition of release; and

1  (2)  (A)  (X)  Based on the factors set forth in 18 U.S.C. §3142(g), there is no
2                 condition or combination of conditions of release that will assure
3                 that the defendant will not ~~flee or~~ pose a danger to the safety or
4                 any other person or the community; or
5       (B)  (X)  The defendant is unlikely to abide by any condition or
6                 combination of conditions of release.
7  (3)  ( )  There is probable cause to believe that, while on release, the defendant
8            committed a Federal, State, or local felony, and the presumption that
9            no condition or combination of conditions will assure that the person
10           will not pose a danger to the safety of any other person or the
11           community has not been rebutted.
12                                    OR
13 (4)  ( )  The court finds that there are conditions of release that will assure that
14           the defendant will not flee or pose a danger to the safety any other
15           person or the community, and that the defendant will abide by such
16           conditions.  <u>See</u> separate Order setting conditions.
17       ( )  It is further ordered that this order is stayed for 72 hours to allow
18            the Government to seek review from the assigned district judge
19            or criminal duty district judge as appropriate.
20                                    C.
21      (X)  IT IS ORDERED that defendant be detained prior to trial.
22
23 DATE: March 16, 2012
24
25                                      _____
26                                      MICHAEL R. WILNER
                                        UNITED STATES MAGISTRATE JUDGE
27
28