FILED
CLERK, U.S. DISTRICT COURT

JAN - 9 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>Jermald Tyrone Cooper<br><br>   Defendant. | 2:11CR01186<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

  On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

  The court finds no condition or combination of conditions that will reasonably assure:

  (A) (✓) the appearance of defendant as required; and/or

  (B) (✓) the safety of any person or the community.

//
//

The court concludes:

A.   ( )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_per PTA report_

(B)   ( )   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: 1-9-15

_/s/_
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE