FILED
CLERK, U.S. DISTRICT COURT

APR 1 5 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-CR-01186-GHK |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of |
| Jermald Tyrone Cooper, ) | Probation/Supervised Release |
| ) | Conditions) |
| Defendant. ) | |

On arrest warrant issued by the United States District Court for the ____CDCA____ involving alleged violations of conditions of probation/supervised release:

1.  The court finds that no condition or combination of conditions will reasonably assure:

    A.  (✓) the appearance of defendant as required; and/or

    B.  (✓) the safety of any person or the community.

///
///
///
///
///
///

```
 1    2.   The Court concludes:
 2         A.   (✓) Defendant has failed to demonstrate by clear and
 3              convincing evidence that he is not likely to pose
 4              a risk to the safety of any other persons or the
 5              community.  Defendant poses a risk to the safety
 6              of other persons or the community based on:
 7              _____
 8              _____
 9              _____
10              _____
11              _____
12         B.   (✓) Defendant has failed to demonstrate by clear and
13              convincing evidence that he is not likely to flee
14              if released.  Defendant poses a flight risk based
15              on: _____
16              _____
17              _____
18              _____
19              _____
20
21         IT IS ORDERED that defendant be detained.
22
23    DATED:  4/15/16
24
25                                    _____
                                      HONORABLE JACQUELINE CHOOLJIAN
26                                    United States Magistrate Judge
```